IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA HILL, individually and as the personal representative of the Estate of Lonnie James Smith, Jr.  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CITY OF MONTGOMERY, ALABAMA, et al.,  )<br><br>Defendants.  ) | CASE NO. 2:20-CV-116-WKW-KFP |

## **ORDER**

Upon consideration of Plaintiff's Motion for 60-Day Extension to Submit Dispositive and Daubert Motions (Doc. 86) and Motion for 60-Day Extension to Complete Settlement Conference (Doc. 87), it is ORDERED that the motions are GRANTED to the extent set forth below:

1. The deadline for the parties to conduct a face-to-face settlement conference and engage in good faith settlement negotiations is extended to **July 30, 2021**. If settlement cannot be reached, the parties must also discuss whether mediation will assist in reaching settlement. Within **five days** after this conference, **Defendant's counsel** must file a "Notice Concerning Settlement Conference and Mediation" indicating whether settlement was reached and, if not, whether the parties believe mediation with a Magistrate Judge will assist them in resolving this case short of trial.

2. The deadline to file dispositive motions, *e.g.*, motions for summary judgment, and Daubert motions is extended to **September 17, 2021**. A brief and all supporting evidence must be filed with any dispositive motion, and the motion and brief must fully comply with Rule 56 of the Federal Rules of Civil Procedure. In all briefs, including responsive briefs (*e.g.*, an opposition to a motion for summary judgment), the discussion of evidence must include a **specific reference, by page and line**, to where the evidence can be found in a supporting deposition or document. **Failure to make a specific reference may result in the evidence not being considered by the Court.** If a summary judgment motion is filed, the Court will issue a separate order establishing further briefing requirements and deadlines for responding to the motion.

DONE this 3rd day of June, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE